COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTION

Cause number:  01-14-00544-CR

Style:        *Jose Velez, Appellant v. State of Texas, Appellee*

Type of motion:      Motion for rehearing

Party filing motion:    Appellant

Appellant's motion for rehearing is **denied**.

Judge's signature:     /s/ Jane Bland
                        Acting for the Court

Panel consists of Justices Keyes, Bland, and Massengale.

Date:   July 2, 2015.